No. 202 (October Term, 1935).  STONE ET AL. *v.* WHITE, FORMER COLLECTOR.  March 15, 1937.  The motion for leave to file and the petition for rehearing are granted.  The orders heretofore entered on October 14, 1935 (296 U. S. 596), and December 7, 1936 (299 U. S. 622), denying the petition for certiorari and petition for rehearing herein are vacated and the petition for

644

writ of certiorari to the Circuit Court of Appeals for the First Circuit is granted.